## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

DirecTV,

                        Plaintiff,

                                                                       Civ. No. 04-3851 (RHK/AJB)
                                                                       **ORDER**

v.

Carlos L. Morgan,

                        Defendant.

---

      The Court's May 25, 2005, Order For Judgment By Consent is **VACATED**.


Dated: May 25, 2005                                              s/Richard H. Kyle
                                                                             RICHARD H. KYLE
                                                                             United States District Judge